# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| BUTTERMILK SKY OF TN LLC and BUTTERMILK SKY FRANCHISING, INC. | § § § § § § § § § § § | |
| v. | | Civil Action No. 4:20cv327<br>Judge Mazzant |
| BAKE MOORE, LLC, ONE MOORE TIME, LLC, CLARK BAKERY FRISCO LLC, AGAPE PIES LLC, CRAIG MOORE, DONNIE ROBERTSON, LEAH CLARK, and RACHEL DYMOND | | |

## ORDER

Pending before the Court is Plaintiffs' Motion for Preliminary Injunction (Dkt. #4). The Court hereby sets this motion for hearing on *Wednesday, July 29, 2020*, at *1:30 p.m.* at the *Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090.*

**IT IS SO ORDERED.**

**SIGNED** this 7th day of July, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE