# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

**DATE:** 07/29/2020

| | |
|---|---|
| **DISTRICT JUDGE** | **COURT REPORTER:** Lori Barnett |
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Donna Jones |

| | |
|---|---|
| BUTTERMILK SKY OF TN LLC et al<br><br>vs.<br><br>BAKE MOORE, LLC et al | CAUSE NO: **4:20cv327** |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Megan O'Laughin | James Apple |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Motion Hearing [Dkt. 4] |
|---|---|
| 1:32 pm | Court called case.  Appearances noted. Plaintiff's witness, Scott Layton sworn in. Direct examination by Ms. O'Laughlin. |
| 1:46 pm | Plaintiff Exhibits 1 and 2 admitted. |
| 1:49 pm | Plaintiff Exhibits 3 and 4 admitted. |
| 1:51 pm | Plaintiff Exhibits 6 and 7 admitted. |
| 1:53 pm | Plaintiff Exhibits 8 and 9 admitted. |
| 1:56 pm | Plaintiff Exhibits 10 and 11 admitted. |
| 2:01 pm | Plaintiff Exhibit 20 admitted. |
| 2:03 pm | Plaintiff Exhibit 21 admitted. |
| 2:14 pm | Plaintiff Exhibits 12 and 13 admitted. |
| 2:23 pm | Cross examination of Mr. Layton by Mr. Apple. |
| 3:29 pm | Redirect by Ms. O'Laughlin. |
| 3:35 pm | Plaintiff rests Court takes 10 minute recess. |
| 3:47 pm | Court in session. Mr. Apple calls witness, Leah Clark, sworn in.  Direct examination by Mr. Apple. |
| 3:52 pm | Defendant Exhibit 1 admitted. |
| 3:57 pm | Defendant Exhibits 2 and 3 admitted. |
| 4:03 pm | Defendant Exhibits 4 and 5 admitted. |
| 4:05 pm | Defendant Exhibit 6 admitted. |
| 4:07 pm | Defendant Exhibit 7 admitted. Exhibit 8 presented. |
| 4:10 pm | Cross examination by Ms. O'Laughlin. |
| 4:45 pm | Plaintiff Exhibits 23, 24, and 28 admitted. |
| 4:46 pm | Plaintiff Exhibits 34 and 35 admitted.   Witness steps down. |

CASE NO.   4:20cv327     DATE:   7/29/2020
PAGE  2   - PROCEEDINGS CONTINUED

| TIME: | MINUTES:   Motion Hearing [Dkt. 4] |
|---|---|
| 4:49 pm | Mr. Apple calls witness Donnie Robertson, sworn in. Direct examination by Mr. Apple. |
| 4:52 pm | Defendant Exhibits 9 and 10 admitted. |
| 4:56 pm | Defendant Exhibit 11 admitted. |
| 4:59 pm | Defendant Exhibit 12 admitted. Cross examination by Ms. O'Laughlin. |
| 5:00 pm | Plaintiff Exhibits 15 and 16 presented. |
| 5:03 pm | Redirect by Mr. Apple. Witness steps down. |
| 5:04 pm | Court addresses Ms. O'Laughlin regarding relief sought in Motion for Preliminary Injction. |
| 5:06 pm | Closing argument by Ms. O'Laughlin. |
| 5:07 pm | Closing argument by Mr. Apple. |
| 5:09 pm | Court will take matter under advisement. |
| 5:10 pm | Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY:     Donna Jones
          Courtroom Deputy Clerk